KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
JONATHAN STEINSAPIR (SBN 226281)
jsteinsapir@khiks.com
ASHLEE DIFUNTORUM (SBN 322610)
adifuntorum@khiks.com
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Plaintiff Samuel Elliot Roman p/k/a RØMANS

*Counsel for Defendants Listed on Signature Page*

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SAMUEL ELLIOT ROMAN, an individual,

Plaintiff,

vs.

PARAMOUNT PICTURES CORPORATION, a Delaware corporation; ANIMATED PRODUCTIONS, INC., d/b/a PARAMOUNT ANIMATION, a Delaware corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:26-CV-00992-ODW

**JOINT STIPULATION REQUESTING DISMISSAL OF ACTION AND THAT THE COURT RETAIN JURISDICTION FOR 60 DAYS TO ENFORCE SETTLEMENT AGREEMENT**

**Fed. R. Civ. P. 41(a)(2)**

**[PROPOSED] ORDER SUBMITTED CONCURRENTLY HEREWITH**

Action Filed: January 30, 2026
Trial Date: Not set

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

This Joint Stipulation Requesting Dismissal of Action and that the Court Retain Jurisdiction for 60 Days to Enforce Settlement Agreement is entered into by and between Plaintiff Samuel Elliot Roman, professionally known as RØMANS ("Plaintiff"), on the one hand, and Defendants Paramount Pictures Corporation and Animated Productions, Inc., d/b/a Paramount Animation (collectively, "Defendants"), on the other hand with reference to the facts and circumstances set out below. The Plaintiffs and Defendants are sometimes collectively referred to herein as the "Parties" or individually as a "Party."

A. On or around July 9, 2026, the Parties advised the Court that they had reached a settlement-in-principle, and the Court ordered on July 10, 2026 that the Parties file a dismissal that complies with Federal Rule of Civil Procedure 41 on or before August 17, 2026.

B. The Parties have since finalized the terms of the settlement-in-principle and entered into and signed a written confidential settlement agreement and release with an effective date of August 10, 2026 ("the Settlement Agreement").

C. The Settlement Agreement's releases are conditioned on certain actions to be taken in the near future and the Parties therefore request that the Court dismiss this action but retain jurisdiction for the next 60 days to enforce the Settlement Agreement's terms should that be necessary and appropriate after the filing of an appropriate motion or application for the same.

THEREFORE, SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

That the Court will dismiss the Action in its entirety, including all claims asserted in the Complaint, on the following terms:

1. That the Court shall retain jurisdiction over this action and over the Parties for the next 60 days to enforce the provisions of the Settlement Agreement between the Parties should that become necessary; and

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

2. Absent an appropriate motion or application to enforce the Agreement to be filed within the next 60 days, the dismissal shall be with prejudice.

SO STIPULATED AND REQUESTED.

DATED: August 17, 2026

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP

By: /s/Jonathan Steinsapir
Jonathan Steinsapir
Attorneys for Plaintiff Samuel Elliot Roman p/k/a RØMANS

DATED: August 17, 2026

LATHAM & WATKINS, LLP

By: /s/Robert J. Ellison
Robert J. Ellison
Attorneys for Defendants Paramount Pictures Corporation and Animated Productions Inc.

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I am the ECF user whose identification and password are being used to file this stipulation. I, Jonathan Steinsapir, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: August 17, 2026

By: /s/Jonathan Steinsapir
Jonathan Steinsapir